1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Eric Ontiveros,

               Petitioner,

v.

D. Colbert,

               Respondent.

No. CV-22-00218-TUC-RM

**ORDER**

On October 6, 2022, Magistrate Judge Jacqueline Rateau issued a Report and Recommendation (Doc. 13) recommending that this Court deny Petitioner's Petition Under 28 U.S.C. § 2241 for Writ of Habeas Corpus by a Person in Federal Custody (Doc. 1.) for lack of jurisdiction for failure to exhaust his administrative remedies and on the merits.  No objections to the Report and Recommendation were filed.

A district judge must "make a de novo determination of those portions" of a magistrate judge's "report or specified proposed findings or recommendations to which objection is made."  28 U.S.C. § 636(b)(1).  The advisory committee's notes to Rule 72(b) of the Federal Rules of Civil Procedure state that, "[w]hen no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation" of a magistrate judge.  Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition. *See also Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999) ("If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error."); *Prior v. Ryan*, CV 10-225-TUC-

1    RCC, 2012 WL 1344286, at *1 (D. Ariz. Apr. 18, 2012) (reviewing for clear error

2    unobjected-to portions of Report and Recommendation).

3            The Court has reviewed Magistrate Judge Jacqueline Rateau's Report and

4    Recommendation, the parties' briefs, and the record.  The Court finds no error in Magistrate

5    Judge Jacqueline Rateau's Report and Recommendation.

6            Accordingly,

7            **IT IS ORDERED** that the Report and Recommendation (Doc. 13) is **accepted and**

8    **adopted in full**.

9            **IT IS FURTHER ORDERED** that the Petition Under 28 U.S.C. § 2241 for Writ

10   of Habeas Corpus (Doc. 1) is **denied**.  The Clerk of Court is directed to enter judgment

11   accordingly and close this case.

12           Dated this 22nd day of November, 2022.

13

14

15

16   _____

17           Honorable Rosemary Márquez
             United States District Judge

18

19

20

21

22

23

24

25

26

27

28